NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MANDINGO BOOBYYAA, DOC #250833,   )
                                  )
            Appellant,            )
                                  )
v.                                )        Case No. 2D17-4826
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____    )

Opinion filed May 11, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Mandingo Boobyyaa, pro se.

PER CURIAM.

            Affirmed.

KHOUZAM, BLACK, and LUCAS, JJ., Concur.